HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814
Linda.allison@fd.org

Attorney for Defendant
MARCO LOPEZ-SANDOVAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  Cr.S. 15-0225-GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO VACATE STATUS CONFERENCE |
| v. | DATE:     February 12, 2016 |
| MARCO LOPEZ-SANDOVAL, | TIME:     9:00 a.m. |
| Defendant. | JUDGE:   Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney MATTHEW YELOVICH and Chief Assistant Federal Defender LINDA C. ALLISON, attorney for MARCO LOPEZ-SANDOVAL, that the status conference hearing set for January 29, 2016 be vacated and rescheduled for February 12, 2016 at 9:00 a.m.

The parties further stipulate and agree that the time from the date of this stipulation, January 26, 2016 to February 12, 2016 should be excluded from the time calculations under the Speedy Trial Act.  18 U.S.C. § 3161.  There are several grounds to exclude time in this case. First, the defense needs additional time to review the discovery and meet with Mr. Lopez-Sandoval.  The parties therefore stipulate that the ends of justice are served by the Court

excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T-4.

In addition, the parties agree that time should be excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(ii) and Local Code T2 since the District Court in M.D. La. made a finding back on August 13, 2015 that this case is complex.  The parties agree that time may also be excluded for delay caused by the transfer of this case to this district from the M.D. La. pursuant to 18 U.S.C. § 3161(h)(1)(E) and Local Code F.  Lastly, in the related case from the M.D. La. there is currently a motion pending and an unsevered co-defendant at large.  As a result, time exclusions under the Speedy Trial Act in 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(6) and Local Codes R and E also apply.

For all of these reasons, the parties stipulate and agree to exclude time from the date of this stipulation January 26, 2016 to February 12, 2016 under the Speedy Trial Act (18 U.S.C. § 3161) and the Local Rules.

Dated: January 26, 2016                              Respectfully submitted,

                                                     HEATHER E. WILLIAMS
                                                     Federal Defender

                                                     */s/ Linda C. Allison*
                                                     LINDA C. ALLISON
                                                     Chief Assistant Federal Defender
                                                     Attorney for Defendant
                                                     MARCO LOPEZ-SANDOVAL

Dated: January 26, 2016                              BENJAMIN B. WAGNER
                                                     United States Attorney

                                                     */s/ Linda C. Allison for*
                                                     MATTHEW YELOVICH
                                                     Assistant United States Attorney

**ORDER**

IT IS HEREBY ORDERED that the status conference hearing set for January 29, 2016 at 9:00 a.m. be vacated and rescheduled for February 12, 2016 at 9:00 a.m.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of this order though February 12, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A), (B)(iv) and Local Code T4 because it results from a continuance granted by the Court at both parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  January 28, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge