1 | HEATHER E. WILLIAMS, #122664
Federal Defender
2 | LINDA C. ALLISON, #179741
Assistant Federal Defender
3 | Designated Counsel for Service
801 "I" Street, 3rd Floor
4 | Sacramento, CA 95814
Linda.allison@fd.org
5 |
Attorney for Defendant
6 | MARCO LOPEZ-SANDOVAL

7 |

8 |
            IN THE UNITED STATES DISTRICT COURT
9 |
          FOR THE EASTERN DISTRICT OF CALIFORNIA
10 |

11 |
UNITED STATES OF AMERICA,          )   NO.  Cr.S. 15-0225-GEB
12 |                                 )
                    Plaintiff,      )   STIPULATION AND [PROPOSED] ORDER
13 |                                 )   TO CONTINUE CHANGE OF PLEA
        v.                          )   HEARING
14 |                                 )
MARCO LOPEZ-SANDOVAL,              )   DATE:        March 18, 2016
15 |                                 )   TIME:        9:00 a.m.
                    Defendant.      )   JUDGE:       Hon. Garland E. Burrell, Jr.
16 |                                 )
                                    )
17 |                                 )

18 |        IT IS HEREBY STIPULATED between the parties through their respective counsel,

19 | Assistant United States Attorney MATTHEW YELOVICH and Chief Assistant Federal

20 | Defender LINDA C. ALLISON, attorney for MARCO LOPEZ-SANDOVAL, that the change of

21 | plea hearing set for February 12, 2016 be vacated and rescheduled for March 18, 2016 at 9:00

22 | a.m.

23 |        The parties further stipulate and agree that the time from the date of this stipulation,

24 | February 10, 2016 to March 18, 2016 should be excluded from the time calculations under the

25 | Speedy Trial Act.  18 U.S.C. § 3161.  There are several grounds to exclude time in this case.

26 | First, the defense needs additional time to review the plea agreement and meet with Mr. Lopez-

27 | Sandoval.   The parties therefore stipulate that the ends of justice are served by the Court

28 |

-1-

1  excluding such time, so that counsel for the defendant may have reasonable time necessary for

2  effective preparation, taking into account the exercise of due diligence. 18 U.S.C.

3  §3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T-4.

4        In addition, the parties agree that time should be excluded pursuant to 18 U.S.C.

5  §3161(h)(7)(B)(ii) and Local Code T2 since the District Court in M.D. La. made a finding back

6  on August 13, 2015 that this case is complex.  The parties agree that time may also be excluded

7  for delay caused by the transfer of this case to this district from the M.D. La. pursuant to 18

8  U.S.C. § 3161(h)(1)(E) and Local Code F.  Lastly, in the related case from the M.D. La. there is

9  currently a motion pending and an unsevered co-defendant at large.  As a result, time exclusions

10  under the Speedy Trial Act in 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(6) and Local Codes R

11  and E also apply.

12        For all of these reasons, the parties stipulate and agree to exclude time from the date of

13  this stipulation February 10, 2016 to March 18, 2016 under the Speedy Trial Act (18 U.S.C. §

14  3161) and the Local Rules.

15  Dated:  February 10, 2016               Respectfully submitted,

16

17                                     HEATHER E. WILLIAMS
                                   Federal Defender

18                                     */s/ Linda C. Allison*

19                                     LINDA C. ALLISON
                                   Chief Assistant Federal Defender
                                   Attorney for Defendant

20                                     MARCO LOPEZ-SANDOVAL

21

22  Dated: February 10, 2016               BENJAMIN B. WAGNER
                                   United States Attorney

23

24                                     */s/ Linda C. Allison for*
                                   MATTHEW YELOVICH
                                   Assistant United States Attorney

25

26

27

28

**ORDER**

IT IS HEREBY ORDERED that the change of plea hearing set for February 12, 2016 at 9:00 a.m. be vacated and rescheduled for March 18, 2016 at 9:00 a.m.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of this order through March 18, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A), (B)(iv) and Local Code T4 because it results from a continuance granted by the Court at both parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  February 11, 2016

GARLAND E. BURRELL, JR.
Senior United States District Judge