HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814
Linda_allison@fd.org

Attorney for Defendant
MARCO LOPEZ-SANDOVAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. Cr.S. 15-0225-GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER TO ADVANCE THE CHANGE OF PLEA HEARING |
| v. | ) |
| MARCO LOPEZ-SANDOVAL, | ) DATE:  May 13, 2016 |
|  | ) TIME:  9:00 a.m. |
| Defendant. | ) JUDGE: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney MATTHEW YELOVICH and Chief Assistant Federal Defender LINDA C. ALLISON, attorney for MARCO LOPEZ-SANDOVAL, that the change of plea hearing set for May 20, 2016 be vacated and advanced to May 13, 2016 at 9:00 a.m.

The parties further stipulate and agree that the time from the date of this stipulation, May 3, 2016 through May 13, 2016 should be excluded from the time calculations under the Speedy Trial Act. 18 U.S.C. § 3161. There are several grounds to exclude time in this case. First, the defense needs additional time to review the plea agreement and meet with Mr. Lopez-Sandoval. The parties therefore stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective

-1-

preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T-4.  In addition, the parties agree that time should be excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(ii) and Local Code T2 since the District Court in M.D. La. made a finding back on August 13, 2015 that this case is complex.

For all of these reasons, the parties stipulate and agree to exclude time from the date of this stipulation May 3, 2016 to May 13, 2016 under the Speedy Trial Act (18 U.S.C. § 3161) and the Local Rules.

Dated:  May 3, 2016                               Respectfully submitted,

                                                                 HEATHER E. WILLIAMS
                                                                 Federal Defender

                                                                 */s/ Linda C. Allison*
                                                                 LINDA C. ALLISON
                                                                 Chief Assistant Federal Defender
                                                                 Attorney for Defendant
                                                                 MARCO LOPEZ-SANDOVAL

Dated: May 3, 2016                                BENJAMIN B. WAGNER
                                                                 United States Attorney

                                                                 */s/ Linda C. Allison for*
                                                                 MATTHEW YELOVICH
                                                                 Assistant United States Attorney

/ / /

/ / /

/ / /

/ / /

**ORDER**

IT IS HEREBY ORDERED that the change of plea hearing set for May 20, 2016 at 9:00 a.m. be vacated and advanced to May 13, 2016 at 9:00 a.m.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of this order though May 13,

2016, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A), (B)(iv) and Local Code T4 because it results from a continuance granted by the Court at both parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: May 9, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge