PHILLIP A. TALBERT
Acting United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCO ANTONIO LOPEZ-SANDOVAL,<br><br>Defendant. | CASE NO. 2:15-CR-00225 GEB<br><br>STIPULATION REGARDING CONTINUANCE OF SENTENCING; [PROPOSED] ORDER<br><br>DATE: August 19, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on August 19, 2016.

2. By this stipulation, the parties now move to continue sentencing until December 16, 2016.

3. The parties agree and stipulate that this continuance will provide both parties additional time to prepare for sentencing by, <u>inter alia</u>, examining issues pertinent to making a recommendation to the Court for a proposed sentence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: July 6, 2016 | PHILLIP A. TALBERT<br>Acting United States Attorney<br><br>/s/ MATTHEW M. YELOVICH<br>MATTHEW M. YELOVICH<br>Assistant United States Attorney |
| Dated: July 6, 2016 | /s/ LINDA C. ALLISON<br>LINDA C. ALLISON<br>Assistant Federal Defender<br>Counsel for Defendant<br>MARCO ANTONIO LOPEZ-SANDOVAL |

**ORDER**

IT IS SO ORDERED.

Dated: July 7, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge