PHILLIP A. TALBERT
United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>v.<br><br>MARCO ANTONIO LOPEZ-SANDOVAL,<br><br>                   Defendant. | CASE NO. 2:15-CR-00225 GEB<br><br>STIPULATION REGARDING CONTINUANCE OF SENTENCING; [PROPOSED] ORDER<br><br>DATE: June 16, 2017<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on June 16, 2017.

2. By this stipulation, the parties now move to continue sentencing until October 27, 2017.

3. The parties agree and stipulate that this continuance will provide both parties additional time to prepare for sentencing by, <u>inter alia</u>, examining issues pertinent to making a recommendation to the Court for a proposed sentence.

IT IS SO STIPULATED.

Dated: May 24, 2017                    PHILLIP A. TALBERT
                                       United States Attorney

                                       /s/ MATTHEW M. YELOVICH
                                       MATTHEW M. YELOVICH
                                       Assistant United States Attorney


Dated: May 24, 2017                    /s/ LINDA C. ALLISON
                                       LINDA C. ALLISON
                                       Assistant Federal Defender
                                       Counsel for Defendant
                                       MARCO ANTONIO LOPEZ-
                                       SANDOVAL

**ORDER**

IT IS SO ORDERED.

Dated: June 6, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge