PHILLIP A. TALBERT
United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00225 GEB |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF SENTENCING; [PROPOSED] ORDER |
| v. | DATE: October 27, 2017 |
| MARCO ANTONIO LOPEZ-SANDOVAL, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on October 27, 2017.

2. By this stipulation, the parties now move to continue sentencing until March 2, 2018.

3. The parties agree and stipulate that this continuance will provide both parties additional time to prepare for sentencing by, inter alia, examining issues pertinent to making a recommendation to the Court for a proposed sentence. The assigned prosecutor in a related case in Louisiana from which this matter arose has advised that the trial of this defendant's co-defendants will conclude by that time.

///

///

///

1    IT IS SO STIPULATED.

2    Dated:  October 16, 2017                    PHILLIP A. TALBERT
                                                 United States Attorney
3

4                                                /s/ MATTHEW M. YELOVICH
                                                 MATTHEW M. YELOVICH
5                                                Assistant United States Attorney

6

7    Dated:  October 16, 2017                    /s/ LINDA C. ALLISON
                                                 LINDA C. ALLISON
8                                                Assistant Federal Defender
                                                 Counsel for Defendant
9                                                MARCO ANTONIO LOPEZ-SANDOVAL

10

11

12                              **[PROPOSED] ORDER**

13   IT IS SO ORDERED.

14       Dated:  October 17, 2017

15       Dated:  October 17, 2017

16

17       _____

18   GARLAND E. BURRELL, JR.
     Senior United States District Judge
19

20

21

22

23

24

25

26

27

28