HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Linda_allison@fd.org

Attorney for Defendant
MARCO ANTONIO LOPEZ-SANDOVAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-CR-00225 GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE |
| vs. | |
| MARCO ANTONIO LOPEZ-SANDOVAL, | Judge: Hon. Allison Claire |
| Defendant. | |

It is hereby stipulated and agreed between United States of America, through its Assistant United States Attorney MATTHEW YELOVICH and the Defendant, MARCO ANTONIO LOPEZ-SANDOVAL, through his attorney, Assistant Federal Defender LINDA C. ALLISON, that the Court impose the Amended Special Conditions of Release dated May 17, 2018 That are attached to this filing.

Mr. Lopez Sandoval has been in full compliance with his release conditions and has been testing negative for both alcohol and illegal drugs since his release in March of 2015. The parties and pretrial services are therefore requesting that the condition requiring him to submit to regular drug/alcohol testing be eliminated, but that all other conditions remain in effect.

///

///

///

STIP TO MODIFY RELEASE      -1-

The United States Pretrial Services Officer, Renee Basurto, supports this request and provided the Amended Special Conditions of Release.

Dated: May 17, 2018		HEATHER E. WILLIAMS
				Federal Defender

				*/s/ LINDA C. ALLISON*
				LINDA C. ALLISON
				Assistant Federal Defender
				Attorney for Defendant
				MARCO ANTONIO LOPEZ-SANDOVAL

Dated: May 17, 2018		McGREGOR W. SCOTT
				United States Attorney

				*/s/ MATTHEW YELOVICH*
				MATTHEW YELOVICH
				Assistant U.S. Attorney
				Attorney for Plaintiff

## ORDER

**IT IS HEREBY ORDERED** that the special conditions of release be modified as stated in the attached Amended Special Conditions of Release dated May 17, 2018.

Dated: May 21, 2018

				_____
				CAROLYN K. DELANEY
				UNITED STATES MAGISTRATE JUDGE