MCGREGOR W. SCOTT
United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00225 GEB |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF SENTENCING; [PROPOSED] ORDER |
| v. | |
| MARCO ANTONIO LOPEZ-SANDOVAL, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on November 16, 2018.

2. By this stipulation, the parties now move to continue sentencing until January 4, 2019.

3. The parties agree and stipulate that this continuance will provide both parties additional time to prepare for sentencing by, <u>inter alia</u>, examining issues pertinent to making a recommendation to the Court for a proposed sentence. The assigned prosecutor in a related case in Louisiana has forwarded information this week that will materially impact the government's sentencing recommendation, requiring time to evaluate and file the appropriate motion paperwork in accordance with the Local Rules.

///

IT IS SO STIPULATED.

Dated: November 7, 2018                    MCGREGOR W. SCOTT
                                           United States Attorney


                                           /s/ MATTHEW M. YELOVICH
                                           MATTHEW M. YELOVICH
                                           Assistant United States Attorney


Dated: November 7, 2018                    /s/ LINDA C. ALLISON
                                           LINDA C. ALLISON
                                           Assistant Federal Defender
                                           Counsel for Defendant
                                           MARCO ANTONIO LOPEZ-SANDOVAL


**ORDER**

IT IS SO ORDERED.

Dated: November 13, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge