MCGREGOR W. SCOTT
United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00225 GEB |
| Plaintiff, | ORDER SEALING DOCUMENTS SET FORTH IN GOVERNMENT'S NOTICE |
| v. | |
| MARCO ANTONIO LOPEZ-SANDOVAL, | |
| Defendant. | |

Pursuant to Local Rule 141(b) and based upon the representation contained in the Government's Request to Seal, IT IS HEREBY ORDERED that the government's sentencing letter pertaining to defendant Marco Antonio Lopez-Sandoval, and the Government's Request to Seal shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the government and counsel for the defendant.

The Court has considered the factors set forth in <u>Oregonian Publ'g Co. v. United States Dist. Court</u>, 920 F.2d 1462 (9th Cir. 1990), <u>In re Copley Press, Inc.</u>, 518 F.3d 1022, 1028 (9th Cir. 2008), and <u>United States v. Doe</u>, 870 F.3d 991 (9th Cir. 2017). The Court finds that, for the reasons stated in the Government's request, sealing the Government's sentencing letter and its Request to Seal serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interest

identified by the Government would be harmed.  The Court further finds that there are no additional alternatives to sealing the Government's sentencing letter and its Request to Seal that would adequately protect the compelling interests identified by the Government.

Dated: January 2, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge